WALKER DUNSON, AS ADMINISTRATOR OF THE ESTATE OF JOHN G. GOSS, DECEASED, APPELLANT, VS. HERBERT L. ANDERSON, APPELLEE.

Appeal from Circuit Court Marion county.

*Miller & Spencer*, for Appellant.

*R. L. Anderson*, for Appellee.

The bill in this case was was filed by the appellant against the appellee. There was decree for the defendant and the complainant appeals. The decree is affirmed, without prejudice, however, to the right of the appellant to institute an action at law for the recovery of the property involved in this suit.

Decision Per Curiam.